# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

131212

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

YAKETA ANNETTE LLOYD and DENNIS
REDDEN,
          Plaintiffs-Appellants,

v

DARRYL F. CROOM and CITY OF DETROIT,
DEPARTMENT OF TRANSPORTATION,
          Defendants-Appellees,
and

JEFFREY JAMES BRIDGES and JEFFREY
LAWRENCE BRIDGES,
          Defendants.

SC: 131212
COA: 265763
Wayne CC: 03-310642-NI

_____/

On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, KELLY, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

Clerk

t0920